NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPERIUM (IP) HOLDINGS,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,**
*Appellees*

---

2017-1570

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01232.

---

**JUDGMENT**

---

JOSEPH FRANKLIN EDELL, Fisch Sigler, LLP, Washington, DC, argued for appellant. Also represented by ALAN M. FISCH, JOHN T. BATTAGLIA, ROY WILLIAM SIGLER.

KEVIN JOHN POST, Ropes & Gray LLP, New York, argued for appellees. Also represented by JESSE J. JENNER, STEVEN PEPE; DOUGLAS HALLWARD-DRIEMEIER,

Washington, DC; SAMUEL LAWRENCE BRENNER, Boston, MA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court